```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 16288
   JONATHAN DAVID HOLLIFIELD
   AMY MARIE HOLLIFIELD                  CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2718    SSN XXX-XX-5424

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/06/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 07/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00            .00         9490.43
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     8670.03            .00         1079.18
AMC MORTGAGE SERVICES     UNSECURED        NOT FILED           .00             .00
BENEFICIAL FINANCE        SECURED            100.00            .00          100.00
ECAST SETTLEMENT CORP     UNSECURED        19159.74            .00             .00
HARLEM FURNITURE          SECURED           1000.00           6.19          143.81
WORLD FINANCIAL NETWORK   UNSECURED         4728.08            .00             .00
OSBY WATER CONDITIONING   SECURED            100.00            .00          100.00
OSBY WATER CONDITIONING   UNSECURED        NOT FILED           .00             .00
US BANK                   SECURED VEHIC    9547.15          74.72         1125.28
US BANK                   UNSECURED        NOT FILED           .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00             .00
COLLECTION CO OF AMERICA  NOTICE ONLY      NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         7058.66            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         8314.92            .00             .00
ECAST SETTLEMENT CORP     UNSECURED        17150.90            .00             .00
CAPITAL ONE               UNSECURED         2249.70            .00             .00
ACCOUNTS SOLUTIONS GROUP  NOTICE ONLY      NOT FILED           .00             .00
CHICAGO SUNTIMES          UNSECURED        NOT FILED           .00             .00
BIEHL & BIEHL             NOTICE ONLY      NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         7447.01            .00             .00
ACADEMY COLLECTION SERVI  NOTICE ONLY      NOT FILED           .00             .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00             .00
PELLETTIERI & ASSOC       NOTICE ONLY      NOT FILED           .00             .00
OMNI HEALTH & FITNESS CO  UNSECURED        NOT FILED           .00             .00
PHYSICIANS PROMPT CARE C  UNSECURED        NOT FILED           .00             .00
SPRINT BANKRUPTCY         UNSECURED          457.34            .00             .00
NARS                      NOTICE ONLY      NOT FILED           .00             .00
TARGET NATIONAL BANK      UNSECURED          319.51            .00             .00
ASG                       NOTICE ONLY      NOT FILED           .00             .00
THOMAS HALWAY             UNSECURED        NOT FILED           .00             .00
VILLAGE OF EAST HAZEL CR  UNSECURED        NOT FILED           .00             .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16288 JONATHAN DAVID HOLLIFIELD & AMY MARIE HOLLIFIELD
```

```
VILLAGE OF EAST HAZEL CR UNSECURED       NOT FILED                .00            .00
VILLAGE OF EAST HAZEL CR UNSECURED       NOT FILED                .00            .00
VILLAGE OF EAST HAZEL CR UNSECURED       NOT FILED                .00            .00
VILLAGE OF EAST HAZEL CR UNSECURED       NOT FILED                .00            .00
VILLAGE OF RICHTON PARK   UNSECURED        1250.00                .00            .00
VILLAGE OF STEGER         UNSECURED       NOT FILED                .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3516.25                .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED        1029.24                .00            .00
TIBURON FINANCIAL         NOTICE ONLY     NOT FILED                .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY           .00                               .00
TOM VAUGHN                TRUSTEE                                              911.61
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            13,031.22

PRIORITY                                          .00
SECURED                                     12,038.70
    INTEREST                                    80.91
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           911.61
DEBTOR REFUND                                     .00
                   ---------------       ---------------
TOTALS             13,031.22                13,031.22
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                          PAGE   2
       CASE NO. 07 B 16288 JONATHAN DAVID HOLLIFIELD & AMY MARIE HOLLIFIELD