IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

IN RE: )
)
JONATHAN DAVID HOLLIFIELD and )
AMY MARIE HOLLIFIELD, ) No. 07-16288
)
)
Debtors. )

### ORDER FOR RELIEF FROM AUTOMATIC STAY

Secured creditor, U.S. Bank, N.A., having filed a Motion for Relief from Stay, and this Court finding that proper notice having been served and no objections to the Motion having been filed; and the court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated for all purposes as to the secured creditor, U.S. Bank, N.A., which may through its agents, representatives and employees proceed with recovery of the subject property to wit; 2004 Dodge Intrepid, Vehicle Identification Number 2B3HD46R14H596176, and pursuant to applicable state law thereafter may commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that entry of this Order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee and bankruptcy estate may have in the subject property.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

10/23/08
ENTERED                                    U.S. BANKRUPTCY JUDGE
OCT 23 2008